Anna JACOBSON v. IGNATZ JACOBSON; Max Brown, applt. (two cases). (Supreme Court, Appellate Division, First Department.

April 28, 1916.) Motions to dismiss appeals granted, with $10 costs. Orders filed.